# Exhibit B

☐ **FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

DATE FILED: August 18, 2023

| District Court ___Denver___ County, Colorado<br>Court Address:<br>1437 Bannock Street, Room 256, Denver CO 80202<br><br>Plaintiff(s): Bertram Ernest Bennett JR<br>v.<br>Defendant(s): ASM Global / SMG<br><br>Attorney or Party Without Attorney (Name and Address):<br><br>Phone Number:     E-mail:<br>FAX Number:      Atty. Reg. #: | FILED IN DENVER DISTRICT COURT<br>AUG 18 2023<br>DENVER, COLORADO<br>COUNTER CLERK ___<br><br>▲ COURT USE ONLY ▲<br><br>Case Number:<br>23CV506<br>uu6 |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

   ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

   ☒ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

   > By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

   **Or**



☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☒ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

Date: 8/19/2023

Signature of Party: *Bertrand Bennett Jr*

Date: _____

Signature of Attorney for Party (if any)_____

**NOTICE**

This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

SEP 27 '23 08:37

| District Court, __Denver__ County, Colorado | |
|---|---|
| Court Address: | DATE FILED: August 18, 2023 |
| 1437 Bannock Street, Room 256, Denver, CO 80202 | |
| Plaintiff **Bertram Ernest Bennett JR,** | |
| v. | ▲  COURT USE ONLY  ▲ |
| Defendant **ASM Global/Smg** | Case Number: **23CV504** |
| | Division:    Courtroom: **4W** |

## DISTRICT COURT CIVIL SUMMONS

**TO THE ABOVE NAMED DEFENDANT:** ASM Global/Smg

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: _____ CLERK OF THE DISTRICT COURT
DEPUTY CLERK

AUG 1 8 2023

Clerk of Court/Clerk

_Bertram R. Bennett Jr._
Signature of Plaintiff

_1443 E Elk Dn_
Address of Plaintiff

_Denver Co 80239_

_720-343-6626_
Plaintiff's Phone Number

This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

**TO THE CLERK:** If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

JDF 600   R10-13   DISTRICT COURT CIVIL SUMMONS

RECEIVED AUG 18 2023

DATE FILED: August 18, 2023

| | |
|---|---|
| Denver District Court<br>Denver County, Colorado<br>Court Address: 1437 Bannock Street, Room 256<br>Denver, CO 80202 | |
| Plaintiff(s): Bertram Ernest Bennett JR | FILED IN DENVER DISTRICT COURT<br>AUG 18 2023<br>DENVER, COLORADO<br>COUNTER CLERK SM |
| v.<br>Defendant(s): ASM Global/Smg | ▲ COURT USE ONLY ▲ |
| | Case Number:<br>23CV506 |
| My Name: Bertram Ernest Bennett JR.<br>Street Address: 14413 E. Elk Dr<br>City: Denver    State: Co  Zip: 80239<br>Phone: 720-343-6626<br>Email: BertBJ20@gmail.com | Div.:     Ctrm:<br>4ww |

## DISTRICT COURT COMPLAINT

1. A Jury Trial?

   Do you want a Jury? *(Check one)*     ☐ - No     ☒ - Yes *(extra fee)*

2. I can file this case in Denver, because: *(Check all that apply)*
   - ☐ The Defendant lives in Denver.
   - ☒ The Defendant company does business in Denver.
   - ☒ The actions took place in Denver.

3. Defendant Information

   The contact information for the people responding to the lawsuit is:

   *Registered Agent - The person that will accept legal documents for a company.*
   *Find a company's Registered Agent at www.sos.state.co.us*

   - Defendant 1 Name: ASM Global/Smg

- Registered Agent: *(if a company)* Jonathon Watson
- Street Address: 1700 Lincoln St Ste 2000
- City/State/Zip: Denver Co 80203

- Defendant 2 Name: _____
- Registered Agent: *(if a company)* _____
- Street Address: _____
- City/State/Zip: _____

- Defendant 3 Name: _____
- Registered Agent: *(if a company)* _____
- Street Address: _____
- City/State/Zip: _____

*List any additional Defendants on a separate piece of paper.*

4. Grounds

   List the legal ground(s) that allow you to start a lawsuit.
   *These are often called the Claims for Relief or Causes of Action.*

   - Claim 1 - Discrimination

     Against whom? *(Check one)*
     - ☒ All Defendants. Or
     - ☐ Just These Defendant(s): _____

   - Claim 2 - Retaliation

     Against whom? *(Check one)*
     - ☒ All Defendants. Or
     - ☐ Just These Defendant(s): _____

   - Claim 3 - Pendent Claim wrongful Discharge/Suspension

     Against whom? *(Check one)*
     - ☐ All Defendants. Or
     - ☐ Just These Defendant(s): _____

   - Claim 4 - _____

     Against whom? *(Check one)*
     - ☐ All Defendants. Or
     - ☐ Just These Defendant(s): _____

   *List any additional Claims on a separate piece of paper.*

5. Facts

    These are the facts of my case:

*The facts must qualify you for the legal grounds you are raising.*
*Attach additional pages as needed.*

1) See Attachment

2) 

3) 

4) 

5) 

6) 

7)

8) _____
_____
_____

9) _____
_____
_____

10) _____
_____
_____

11) _____
_____
_____

12) _____
_____
_____

13) _____
_____
_____

14) _____
_____
_____

15) _____
_____
_____

6. Request for Relief

   What do you want the Court to do?

   monetary Compensation

7. Signature

   I declare under penalty of perjury that this information is true and correct.

   Respectfully submitted on (dated) 8/18/2023, by

   Print Name: Bertram E. Bennett JR   Signature: Bertram E. Bennett Jr.

   **You must properly serve this document on everyone you are making claims against. There are special rules you must follow to do this.**