IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02827-PAB

BERTRAM ERNEST BENNETT JR.,

    Plaintiff,

v.

ASM GLOBAL/SMG,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 19] of Chief United States District Judge Philip A. Brimmer entered on September 18, 2024, it is

    ORDERED that Defendant's Motion to Strike, or in the Alternative, Dismiss Plaintiff's Amended Complaint [Docket No. 17] is GRANTED in part.  It is further

    ORDERED that the Recommendation and Order of United States Magistrate Judge [Docket No. 11] is ACCEPTED in part.  It is further

    ORDERED that plaintiff's claims are DISMISSED without prejudice for failure to comply with Fed. R. Civ. P. 8.  It is further

    ORDERED that judgment shall enter in favor of defendant and against plaintiff.  It is further

    ORDERED that defendant is awarded its costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed.

Dated: September 18, 2024.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ S. Grimm
      Deputy Clerk